IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| TODD W. ALTSCHUL, #586467 | § | |
| | | |
| VS. | § | CIVIL ACTION NO. 9:05cv160 |
| | | |
| UNITED STATES PAROLE COMMISSION and UNITED STATES BUREAU OF PRISONS | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Harry W. McKee. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition of this case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct, and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS, ADJUDGES,** and **DECREES** that Petitioner's motion to dismiss (dkt. #9) is **GRANTED**, this action is **DISMISSED** without prejudice, and the statute of limitations is tolled for ninety days; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED** this the 18 day of **August, 2005.**

Thad Heartfield
United States District Judge